IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., D/B/A<br>ONE AMERICA NEWS NETWORK, *et al.*,<br><br>Defendants/Movants,<br><br>v.<br><br>SMARTMATIC USA CORP.,<br><br>Third Party/Respondent. | Case No. 1:24-mc-00162-CJN-MAU |

## JOINT STATUS REPORT

Pursuant to the Honorable Moxila A. Upadhyaya's minute orders of March 20, 2025, and April 18, 2025, the parties and Smartmatic USA Corp. ("Smartmatic") submit this Joint Status Report to inform the Court that this miscellaneous matter should be closed. Smartmatic's representative sat for deposition on April 17, 2025,[1] pursuant to OAN's third-party subpoena for deposition by written questions, responding to OAN's direct and re-direct questions and Dominion's cross-questions. The parties and Smartmatic further agree that any objections to the parties' respective questions, Smartmatic's responses, and/or assertions of privilege are preserved for later ruling by the Court in the underlying matter, as may later become necessary including at summary judgment or trial.

---

[1] The deposition was originally scheduled on April 4, 2025, but was continued to April 17, 2025, pursuant to agreement by the parties. The parties apologize for not updating the Court about the date change.

1

By:   /s/ John K. Edwards

**JACKSON WALKER LLP**
Charles L. Babcock
(admitted *pro hac vice*)
Nancy W. Hamilton
(admitted *pro hac vice*)
John K. Edwards
(admitted *pro hac vice*)
Joel R. Glover
(admitted *pro hac vice*)
Bethany Pickett Shah
(admitted *pro hac vice*)
Christina M. Vitale
(admitted *pro hac vice*)
Gabriela Barake
(admitted *pro hac vice*)
Victoria C. Emery
(admitted *pro hac vice*)
Shannon M. Wright
(admitted *pro hac vice*)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Tel: (713) 752-4200
Fax: (713) 308-4110
cbabcock@jw.com
nhamilton@jw.com
jedwards@jw.com
jglover@jw.com
bpickett@jw.com
cvitale@jw.com
gbarake@jw.com
temery@jw.com
swright@jw.com

Jonathan D. Neerman
D.C. Bar No. 90003393
Carl C. Butzer
(admitted *pro hac vice*)
Minoo Sobhani Blaesche
(admitted *pro hac vice*)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel: (214) 953-5664
Fax: (214) 661-6899
jneerman@jw.com

2

        cbutzer@jw.com
        mblaesche@jw.com

        Joshua A. Romero
        (admitted *pro hac vice*)
        Sean F. Gallagher
        (admitted *pro hac vice*)
        100 Congress Avenue, Suite 1100
        Austin, TX 78701
        Tel: (512) 236-2000
        Fax: (512) 391-2131
        jromero@jw.com
        sgallagher@jw.com


        */s/ R. Trent McCotter*

        **BOYDEN GRAY PLLC**
        R. Trent McCotter
        D.C. Bar No. 1011329
        800 Connecticut Ave. NW, Suite 900
        Washington, DC 20006
        (202) 706-5488
        tmccotter@boydengray.com

        *Counsel for Defendants/Movants*

**AGREED:**


**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
 */s/ Olivia Sullivan*
Olivia Sullivan
Caitlin A. Kovacs
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
ckovacs@beneschlaw.com
osullivan@beneschlaw.com

*Counsel for Smartmatic USA Corp.*

 */s/ George El-Khoury*
Stephen Shackelford, Jr.

3

George El-Khoury
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                 */s/ R. Trent McCotter*
                                                 R. Trent McCotter